THE SALVATION ARMY IN THE UNITED STATES, Respondent, *v.* THE AMERICAN SALVATION ARMY, Appellant.

*Salvation Army in the United States* v. *American Salvation Army,* 141 App. Div. 931, affirmed.
(Argued May 15, 1912; decided June 4, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered December 29, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain the defendant from using a name containing the words "Salvation Army."

*Wilson Lee Cannon* for appellant.

*D-Cady Herrick, George C. Lay* and *Frederick W. Garvin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: WERNER, J.